Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: MOSS, BEVERLY A. | § | Case No. 13-14398 |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 07, 2013.  The undersigned trustee was appointed on *bad date*.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of             $            13,914.71

| Funds were disbursed in the following amounts: | |
|---|---|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 175.74 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 13,738.97 |

The remaining funds are available for distribution.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing  non-governmental claims in this case was 01/16/2014 and the deadline for filing governmental claims was 10/04/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,141.47.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,141.47, for a total compensation of $2,141.47.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: _11/04/2014_____          By:/s/Ira Bodenstein_____
                                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14398

**Case Name:** MOSS, BEVERLY A.

**Period Ending:** 11/04/14

**Trustee:**     (330129)    Ira Bodenstein

**Filed (f) or Converted (c):**  04/07/13 (f)

**§341(a) Meeting Date:**  05/31/13

**Claims Bar Date:**  01/16/14

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1  Location: 10558 S. Drake, Chicago, (zillow.com v   Imported from original petition Doc# 15 | 180,443.00 | 8,664.00 | OA | 0.00 | FA |
| 2  15919 S. Iroquois, Lockport, IL 60441, valuation   Imported from original petition Doc# 15 | 163,736.00 | 48,915.00 | OA | 0.00 | FA |
| 3  10511 S. Albany, valuation)   Imported from original petition Doc# 15 | 189,778.00 | 75,359.00 | OA | 0.00 | FA |
| 4  928 E 8th Street, Lockport, IL 60441 (zi, valuat   Imported from original petition Doc# 15 | 143,008.00 | 19,821.00 | OA | 0.00 | FA |
| 5  143 E. Joliet Hwy, New Lenox, valuation)   Imported from original petition Doc# 15 | 167,335.00 | 41,728.00 | OA | 0.00 | FA |
| 6  Vacant Lot in Louisa, Kentucky, person(s)   Imported from original petition Doc# 15 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 7  cash   Imported from original petition Doc# 15 | 100.00 | 0.00 | | 0.00 | FA |
| 8  Bank account(s) with Chase (account No. xxx44643   Imported from original petition Doc# 15 | 75.00 | 0.00 | | 0.00 | FA |
| 9  miscellaneous household goods and furnishings--e   Imported from original petition Doc# 15 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10  miscellaneous books, pictures, and family photos   Imported from original petition Doc# 15 | 200.00 | 0.00 | | 0.00 | FA |
| 11  wearing apparel   Imported from original petition Doc# 15 | 500.00 | 0.00 | | 0.00 | FA |
| 12  miscellaneous items, including wedding rings and   Imported from original petition Doc# 15 | 1,200.00 | 400.00 | | 0.00 | FA |
| 13  Debtor has no insurance policy with a cash value   Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 14  pension/IRA/401k, if any   Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 15  100% owner of AAA All County Board Up & Glass Se   Imported from original petition Doc# 15 | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 16  100% owner of Paramount Glass & Door Co.   Imported from original petition Doc# 15 | 20,000.00 | 20,000.00 | OA | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14398

**Case Name:** MOSS, BEVERLY A.

**Period Ending:** 11/04/14

**Trustee:** (330129)   Ira Bodenstein

**Filed (f) or Converted (c):** 04/07/13 (f)

**§341(a) Meeting Date:** 05/31/13

**Claims Bar Date:** 01/16/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Etrade Financial account (No. xxxx4064). 2000 sh<br>Imported from original petition Doc# 15 | 11,700.00 | 8,675.00 | | 13,914.71 | FA |
| 18 | Doing business or did business under the assumed<br>Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 19 | debtor may have or in the past had an interest i<br>Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 20 | DuPage Board Up and Glass, Inc.; dupage Board Up<br>Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 21 | Loan to AAA All County Board Up<br>Imported from original petition Doc# 15 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 22 | 2011 Ford F150 (nada.com valuation). Debtor does<br>Imported from original petition Doc# 15 | 14,950.00 | 0.00 | OA | 0.00 | FA |
| 23 | 2011 Ford F150 (nada.com valuation). Debtor does<br>Imported from original petition Doc# 15 | 16,375.00 | 0.00 | OA | 0.00 | FA |
| 24 | 2011 Ford E350 (nada.com valuation). Debtor does<br>Imported from original petition Doc# 15 | 12,525.00 | 12,525.00 | OA | 0.00 | FA |
| 25 | 2011 Ford E350 (nada.com valuation). Debtor does<br>Imported from original petition Doc# 15 | 12,525.00 | 0.00 | OA | 0.00 | FA |
| 26 | 4 computers, 2 printers, 1 fax, additional offic<br>Imported from original petition Doc# 15 | 500.00 | 0.00 | | 0.00 | FA |
| 27 | inventory is ordered from time to time as needed<br>Imported from original petition Doc# 15 | 200.00 | 200.00 | | 0.00 | FA |
| 28 | family dogs<br>Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | miscellaneous assets.<br>Imported from original petition Doc# 15 | 300.00 | 300.00 | | 0.00 | FA |
| 29 | **Assets**   Totals (Excluding unknown values) | **$973,450.00** | **$274,587.00** | | **$13,914.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

Abandon assets.

Review claims.

Tax return determination.

Exhibit A

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14398

**Case Name:** MOSS, BEVERLY A.

**Period Ending:** 11/04/14

**Trustee:** (330129)   Ira Bodenstein

**Filed (f) or Converted (c):** 04/07/13 (f)

**§341(a) Meeting Date:** 05/31/13

**Claims Bar Date:** 01/16/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Prepare and File TFR

**Initial Projected Date Of Final Report (TFR):**     December 31, 2014

**Current Projected Date Of Final Report (TFR):**     December 31, 2014

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-14398 | **Trustee:** Ira Bodenstein (330129) |
| **Case Name:** MOSS, BEVERLY A. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******7166 - Checking Account |
| **Taxpayer ID #:** **-***2832 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 11/04/14 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/04/14 | {17} | E Trade Clearing LLC /Sterling & Beverly Moss | Liquidation of Bank of America shares in E Trade account 1/2 value minus exemption | 1129-000 | 13,614.72 | | 13,614.72 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.01 | 13,599.71 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.90 | 13,580.81 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.83 | 13,559.98 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.50 | 13,540.48 |
| 06/23/14 | {17} | Sterling Moss | Balance of estates share from sale of Bank of America stock in E Trade account | 1129-000 | 299.99 | | 13,840.47 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.88 | 13,821.59 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.86 | 13,799.73 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.18 | 13,780.55 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.14 | 13,759.41 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.44 | 13,738.97 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 13,914.71 | 175.74 | $13,738.97 |
| Less: Bank Transfers | | 0.00 | 0.00 | |
| **Subtotal** | | **13,914.71** | **175.74** | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$13,914.71** | **$175.74** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7166** | **13,914.71** | **175.74** | **13,738.97** |
| | **$13,914.71** | **$175.74** | **$13,738.97** |

{} Asset reference(s)

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**    **Claims Bar Date:** January 16, 2014

**Case Number:** 13-14398    Page: 1    **Date:** November 4, 2014
**Debtor Name:** MOSS, BEVERLY A.    **Time:** 04:59:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $2,141.47 | $0.00 | 2,141.47 |
| NOTFILED 505 | Internal Revenue Service<br>PO BOX 7346<br>Philadelphia, PA 19101-7346 | Priority | | $0.00 | $0.00 | 0.00 |
| NOTFILED 505 | Illinois Department of Revenue<br>Bankruptcy Section, Level 7-400<br>100 W. Randolph Street<br>Chicago, IL 60601 | Priority | XX-XXX5012 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Green Tree Servicing L<br>332 Minnesota St Ste 610<br>Saint Paul, MN 55101 | Secured | XXXX4365 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Us Bank<br>Po Box 5227<br>Cincinnati, OH 45201 | Secured | XXXXX5552 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | RBS Citizens One Citizens Plaza<br>Providence, RI 02903 | Secured | XXXXX4157 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Ford Cred<br>Po Box Box 542000<br>Omaha, NE 68154 | Secured | XXXX4433 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Secured | XXXXX2117 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Chase<br>Po Box 901039<br>Fort Worth, TX 76101 | Secured | XXXXXXXX9557 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Us Bank Home Mortgage<br>4801 Frederica St<br>Owensboro, KY 42301 | Secured | XXXXXXXXX0911 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Secured | XXXXX2075 | $0.00 | $0.00 | 0.00 |
| 1 610 | American InfoSource LP as agent for<br>First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Unsecured | | $60.00 | $0.00 | 60.00 |
| 2 610 | Portfolio Recovery Associates, LLC<br>successor to US BANK NATIONAL ASSOC. ND<br>PO Box 41067<br>Norfolk, VA 23541 | Unsecured | 4270 | $797.76 | $0.00 | 797.76 |
| 3 610 | Bank of America<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Unsecured | XXXXXXXXXX9079 | $29,399.11 | $0.00 | 29,399.11 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER     **Claims Bar Date:** January 16, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-14398 | | | Page: 2 | | **Date:** November 4, 2014 | |
| **Debtor Name:** MOSS, BEVERLY A. | | | | | **Time:** 04:59:21 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Glenview State Bank<br>800 Waukegan Rd<br>Glenview, IL 60025 | Unsecured | XXXXXXXXXXXXX9113 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Gecrb/Paypal Extras Mc<br>Po Box 965005<br>Orlando, FL 32896 | Unsecured | XXXXXXXXXXXX3144 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Home Depot Credit Services Processig<br>Center<br><br>Des Moines, IA 50364-0001 | Unsecured | XXXXXXXXXXXX2888 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Hession & Associates, Ltd.<br>415 N. LaSalle Street, Suite 600<br>Chicago, IL 60654 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Gecrb/Jcp<br>Po Box 984100<br>El Paso, TX 79998 | Unsecured | XXXXXXXXXXXX6934 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Hsbc/Glyns<br>Po Box 703<br>Wood Dale, IL 60191 | Unsecured | XXXXXX-XXXXXX6461 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Gecrb/Amazon<br>Po Box 981400<br>El Paso, TX 79998 | Unsecured | XXXXXXXXXXXX4838 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Unsecured | XXXXX0193 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Unsecured | XXXXX8315 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Unsecured | XXXXX8535 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Unsecured | XXXXXXXXXXXX3289 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Hsbc/Rs<br>90 Christiana Rd<br>New Castle, DE 19720 | Unsecured | XXXXXXXXXXX2832 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Unsecured | XXXX-XXXX-XXXX-5568 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Paypal Extras<br>P.O. Box 981064<br>El Paso, TX 79998 | Unsecured | XXXX-XXXX-XXXX-3144 | $0.00 | $0.00 | 0.00 |

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**     **Claims Bar Date:** January 16, 2014

**Case Number:** 13-14398                          Page: 3                          **Date:** November 4, 2014
**Debtor Name:** MOSS, BEVERLY A.                                                  **Time:** 04:59:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | Unsecured | XXXXXXXXXXXX8536 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sears/Cbna<br>Po Box 6282<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX1990 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Rnb-Fields3<br>Po Box 9475<br>Minneapolis, MN 55440 | Unsecured | XXXXXXXX0310 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Time Savers, Inc.<br>725 Kimberly Drive<br>Carol Stream, IL 60188 | Unsecured | 6472 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Thd/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX2888 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Prince, Donna aka Donna Christensen c/o<br>William P. Danna, Lt<br>1105 W. Burlington Avenue<br>Western Springs, IL 60558 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Wfhm<br>4101 Wiseman Blvd # Mc-T<br>San Antonio, TX 78251 | Unsecured | XXXXXXXXX6511 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Prince, Donna aka Donna Christensen<br>1533 Pine View Court<br>Naperville, Il | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mortgage Service Cente<br>2001 Bishops Gate Blvd<br>Mount Laurel, NJ 08054 | Unsecured | XXXXXXXXX2423 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Menards<br>6851 W. 159th Street<br>Tinley Park, IL 60477 | Unsecured | XXXXXXXXXXXX5163 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nicor<br>PO BOX 416<br>Aurora, IL 60507 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nelson, Bruce & Virginia<br>15207 S. Indian Boundary Line<br>Plainfield, IL 60544 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Lamont, Hanley & Associates, Inc.<br>PO Box 179<br>Manchester, NH 03105 | Unsecured | XXXXXXXX6393 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Fifth Third Bank<br>5050 Kingsley Dr<br>Cincinnati, OH 45227 | Unsecured | XXXXX3557 | $0.00 | $0.00 | 0.00 |

**E X H I B I T   C**
**ANALYSIS OF CLAIMS REGISTER**     **Claims Bar Date:** January 16, 2014

**Case Number:** 13-14398                          Page: 4                          **Date:** November 4, 2014
**Debtor Name:** MOSS, BEVERLY A.                                                    **Time:** 04:59:21 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | ComED (Commonwealth Edison Co) Bankruptcy Department 3 Lincoln Center Oakbrook Terrace, IL 60181 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bankunited 7815 Nw 148th St Miami Lakes, FL 33016 | Unsecured | XXXXXX8127 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank Of America Po Box 982235 El Paso, TX 79998 | Unsecured | XXXXXXXXXXXX4004 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bmo Harris Bk Barringt 201 S Grove Ave Barrington, IL 60010 | Unsecured | XXXXX8673 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bk Of Amer Po Box 982235 El Paso, TX 79998 | Unsecured | XXXXXXXXXXXX9116 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank Of America Po Box 982235 El Paso, TX 79998 | Unsecured | XXXXXXXXXXXX9761 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Cap One Po Box 85520 Richmond, VA 23285 | Unsecured | XXXXXXXXXXXX6340 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bac/Fleet-Bkcard 200 Tournament Dr Horsham, PA 19044 | Unsecured | XXXXXXXX5604 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Bank Of America Po Box 982235 El Paso, TX 79998 | Unsecured | XXXXXXXXXXXX7245 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Amex P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | Unsecured | XXXXXXXXXXXXXX0141 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | AFM Properties, LLC A.F. Moore & Associates, Inc. 8908 S. Harlem Ave. Bridgeview, IL 60455 | Unsecured | 279 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Po Box 15298 Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX4305 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Amex P.O. Box 297871 Fort Lauderdale, FL 33329-7871 | Unsecured | XXXXX-X1005 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase Po Box 15298 Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX0331 | $0.00 | $0.00 | 0.00 |

**E X H I B I T  C**

**ANALYSIS OF CLAIMS REGISTER**    **Claims Bar Date:** January 16, 2014

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 13-14398 | | | Page: 5 | | **Date:** November 4, 2014 | |
| **Debtor Name:** MOSS, BEVERLY A. | | | | | **Time:** 04:59:21 PM | |

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | ComEd<br>PO BOX 6111<br>Carol Stream, IL 60197 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Roamans<br>Po Box 182789<br>Columbus, OH 43218 | Unsecured | XXXXXXXXXXX0834 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Comenity Bank/Fashbug<br>Po Box 182272<br>Columbus, OH 43218 | Unsecured | XXXXXXXXXXXX7375 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Columbia Glass Inc.<br>4716 West Lake Street<br>Chicago, IL 60644 | Unsecured | XXXXXX XXX XX4157 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Credit Mgmt<br>4200 International<br>Carrollton, TX 75007 | Unsecured | XXXX6370 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Christensen, Tad<br>1533 Pine View Court<br>Darien, IL 60561 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | Unsecured | XXXXXXXXXXXX8866 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | XXXXXXXXXXXX7024 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Chase<br>Po Box 901076<br>Ft Worth, TX 76101 | Unsecured | XXXXXXXXXX4005 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Donna Christensen<br>1533 Pine View Court<br>Darien, IL 60561 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Christensen, Donna c/o William Danna<br>1105 W Burlinghton<br>Western Springs, IL 60558 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Excel<br>PO Box 1925<br>Oak Park, IL 60304 | Unsecured | 2300 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Christensen, Tad c/o Edward W. Williams, Ltd.<br>205 W. Wacker Drive, Suite 1220<br>Chicago, IL 60606 | Unsecured | | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 32,398.34 | 0.00 | 32,398.34 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.:  13-14398
Case Name: MOSS, BEVERLY A.
Trustee Name: Ira Bodenstein

**Balance on hand:**                         $            13,738.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $                0.00
Remaining balance:                        $            13,738.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,141.47 | 0.00 | 2,141.47 |

Total to be paid for chapter 7 administration expenses:   $         2,141.47
Remaining balance:                                        $        11,597.50

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:                                            $        11,597.50

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $            0.00
Remaining balance:                       $        11,597.50

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 30,256.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 60.00 | 0.00 | 23.00 |
| 2 | Portfolio Recovery Associates, LLC | 797.76 | 0.00 | 305.78 |
| 3 | Bank of America | 29,399.11 | 0.00 | 11,268.72 |

Total to be paid for timely general unsecured claims:     $          11,597.50
Remaining balance:     $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:     $          0.00
Remaining balance:     $          0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $          0.00
Remaining balance:     $          0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**