Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
          Chapter 7 Trustee

The Honorable:    A. BENJAMIN GOLDGAR
Chapter 7

Hearing Date:    01/21/2015
Hearing Time:    10:00 am

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:   MOSS, BEVERLY A. | § | Case No. 13-14398 |
| | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATION FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Ira Bodenstein, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee has filed a final fee application, which is summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street
Chicago, IL. 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am  on 01/21/2015  in Courtroom 642, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

UST Form 101-7-NFR (10/1/2010)

Date Mailed: 12/24/2014        By:    Ira Bodenstein
                                             Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

UST Form 101-7-NFR (10/1/2010)

| Ira Bodenstein | The Honorable: | A. BENJAMIN GOLDGAR |
|---|---|---|
| Shaw Fishman | Chapter   7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL  60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MOSS, BEVERLY A.                                   §   Case No. 13-14398
                                                          §
                                                          §
Debtor(s)                                                 §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*                 $            13,914.71

*and approved disbursements of*                      $               175.74

*leaving a balance on hand of* [1]                   $            13,738.97

**Balance on hand:**                                 $            13,738.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $            0.00
Remaining balance:                        $       13,738.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 2,141.47 | 0.00 | 2,141.47 |

Total to be paid for chapter 7 administration expenses:   $       2,141.47
Remaining balance:                                        $      11,597.50

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00

Remaining balance:   $   11,597.50

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $   0.00

Remaining balance:   $   11,597.50

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,256.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 38.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 60.00 | 0.00 | 23.00 |
| 2 | Portfolio Recovery Associates, LLC | 797.76 | 0.00 | 305.78 |
| 3 | Bank of America | 29,399.11 | 0.00 | 11,268.72 |

Total to be paid for timely general unsecured claims:   $   11,597.50

Remaining balance:   $   0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/Ira Bodenstein

Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-14398-ABG
Beverly A. Moss                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster          Page 1 of 2          Date Rcvd: Dec 29, 2014
                              Form ID: pdf006          Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 31, 2014.
```
db            +Beverly A. Moss,   10558 S. Drake,   Chicago, IL 60655-2535
20575001      +AFM Properties LLC,   AF Moore & Associates Inc,   8908 S Harlem Ave,
               Bridgeview, IL 60455-1909
20295557       Amex,   P.O. Box 297871,   Fort Lauderdale, FL 33329-7871
20295559      ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court: Bank Of America,   Po Box 982235,   El Paso, TX 79998)
20295558      +Bac/Fleet-Bkcard,   200 Tournament Dr,   Horsham, PA 19044-3606
20295560      +Bank Of America, N.A.,   201 N Tryon St,   Charlotte, NC 28202-1331
20295561      +Bankruptcy Notices,   c/o Robert Schaller,   700 Commerce Drive, #500,
               Oak Brook, IL 60523-8736
20295562      +Bankunited,   7815 Nw 148th St,   Miami Lakes, FL 33016-1554
20295564      +Bmo Harris Bk Barringt,   201 S Grove Ave,   Barrington, IL 60010-4441
20295565      ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
20575004      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
              (address filed with court: Home Depot Credit Services,   Processing Center,
               Des Moines, IA 50364-0001)
20295567      +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
20295566      +Chase,   Po Box 901039,   Fort Worth, TX 76101-2039
20574995      +Christensen, Donna,   c/o William Danna,   1105 W Burlington,   Western Springs, IL 60558-1574
20295569      +Christensen, Tad,   c/o Edward W. Williams, Ltd.,   205 W. Wacker Drive, Suite 1220,
               Chicago, IL 60606-1267
20574997      +Christensen, Tad,   1533 Pine View Court,   Darien, Il 60561-5900
20295570      +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
20575002      +Columbia Glass Inc,   4716 West Lake Street,   Chicago, IL 60644-2709
20295573      +Comenity Bank/Fashbug,   Po Box 182272,   Columbus, OH 43218-2272
20295574      +Comenity Bank/Roamans,   Po Box 182789,   Columbus, OH 43218-2789
20295575      +Credit Mgmt,   4200 International,   Carrollton, TX 75007-1912
20575003      +Excel,   POB 1925,   Oak Park, IL 60304-0606
20295576      +Fifth Third Bank,   5050 Kingsley Dr,   Cincinnati, OH 45227-1115
20295577      +Ford Cred,   Po Box Box 542000,   Omaha, NE 68154-8000
20295584      +Hsbc/Glyns,   Po Box 703,   Wood Dale, IL 60191-0703
20295585      +Hsbc/Rs,   90 Christiana Rd,   New Castle, DE 19720-3118
20574999      ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,
               CHICAGO IL 60664-0338
              (address filed with court: Illinois Dept of Revenue,   Bankruptcy Section Level 7-400,
               100 W Randolph Street,   Chicago, IL 60601)
20575005      +Lamont Hanley & Associates Inc,   POB 179,   Manchester, NH 03105-0179
20295587      +Mortgage Service Cente,   2001 Bishops Gate Blvd,   Mount Laurel, NJ 08054-4604
20575007      +Nelson, Bruce and Virginia,   15207 S Indian Boundry Line,   Plainfield, IL 60544-7508
21420180      ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,   successor to US BANK NATIONAL,
               ASSOCIATION ND,   PO Box 41067,   Norfolk, VA 23541)
20295590      +Prince, Donna aka Donna Christensen,   c/o William P. Danna, Ltd., SC,
               1105 W. Burlington Avenue,   Western Springs, IL 60558-1574
20295589       Prince, Donna aka Donna Christensen,   1533 Pine View Court,   Naperville, IL
20574998      +RBS Citizens,   One Citizens Plaza,   Providence, RI 02903-1344
20295591      +Rnb-Fields3,   Po Box 9475,   Minneapolis, MN 55440-9475
20295592      +Sears/Cbna,   Po Box 6282,   Sioux Falls, SD 57117-6282
20575010      +Sterling Moss,   10558 S Drake,   Chicago, IL 60655-2535
20295593      +Thd/Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
20575009      +Time Savers Inc,   725 Kimberly Drive,   Carol Stream, Il 60188-9407
20295594      ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,   Po Box 5227,   Cincinnati, OH 45201)
20295595      +Us Bank Home Mortgage,   4801 Frederica St,   Owensboro, KY 42301-7441
20295596      +Wfhm,   4101 Wiseman Blvd # Mc-T,   San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21188479       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 30 2014 00:20:20
               American InfoSource LP as agent for,   First Data Global Leasing,   PO Box 248838,
               Oklahoma City, OK  73124-8838
20295568      +E-mail/Text: bk.notifications@jpmchase.com Dec 30 2014 00:17:18     Chase,   Po Box 901076,
               Ft Worth, TX 76101-2076
20295572      +E-mail/Text: legalcollections@comed.com Dec 30 2014 00:18:31     ComED (Commonwealth Edison Co),
               Bankruptcy Department,   3 Lincoln Center,   Oakbrook Terrace, IL 60181-4204
20295571      +E-mail/Text: legalcollections@comed.com Dec 30 2014 00:18:31     ComEd,   PO BOX 6111,
               Carol Stream, IL 60197-6111
20295582       E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2014 00:20:14     Green Tree Servicing L,
               332 Minnesota St Ste 610,   Saint Paul, MN 55101
20295578      +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2014 00:20:14     Gecrb/Amazon,   Po Box 981400,
               El Paso, TX 79998-1400
20295579       E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2014 00:19:10     Gecrb/Jcp,   Po Box 984100,
               El Paso, TX 79998
```

```
District/off: 0752-1          User: gbeemster          Page 2 of 2              Date Rcvd: Dec 29, 2014
                             Form ID: pdf006           Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
20295580      +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2014 00:20:14      Gecrb/Paypal Extras Mc,
               Po Box 965005,   Orlando, FL 32896-5005
20295581      +E-mail/Text: bankruptcy@gsb.com Dec 30 2014 00:17:57      Glenview State Bank,   800 Waukegan Rd,
               Glenview, IL 60025-4310
20575000       E-mail/Text: cio.bncmail@irs.gov Dec 30 2014 00:17:09      Internal Revenue Service,   POB 7346,
               Philadelphia, PA 19101-7346
20295586      +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 30 2014 00:17:04      Kohls/Capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
20575006      +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2014 00:19:44      Menards,   6851 W 159th Street,
               Tinley Park, IL 60477-1601
20295588      +E-mail/Text: bankrup@aglresources.com Dec 30 2014 00:16:49      Nicor,   PO BOX 416,
               Aurora, IL 60507-0416
20575008      +E-mail/PDF: gecsedi@recoverycorp.com Dec 30 2014 00:20:15      Paypal Extras,   POB 981064,
               El Paso, TX 79998-1064
                                                                        TOTAL: 14


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20295563*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bk Of Amer,   Po Box 982235,   El Paso, TX 79998)
21814888*     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court:  Bank of America,   4161 Piedmont Parkway,   Greensboro, NC 27410)
20574996      ##+Donna Christensen,   1533 Pine View Court,   Darien, IL 60561-5900
20295583      ##+Hession & Associates, Ltd.,   415 N. LaSalle Street, Suite 600,   Chicago, IL 60654-2743
                                                                 TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 24, 2014 at the address(es) listed below:
```
              Ira Bodenstein   on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira Bodenstein   iratrustee@shawfishman.com,   IL29@ecfcbis.com;cowens@shawfishman.com
              Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
              Robert V Schaller   on behalf of Debtor Beverly A. Moss SchallerLawFirm@gmail.com,
               usbc2007@gmail.com,slfecfmail@gmail.com
                                                                 TOTAL: 4
```