# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MOSS, BEVERLY A.  § Case No. 13-14398
  §
  §
Debtor(s)  §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $961,750.00              Assets Exempt: $23,600.00
(without deducting any secured claims)

Total Distribution to Claimants: $11,597.50    Claims Discharged
                                               Without Payment: $148,839.82

Total Expenses of Administration: $2,317.21
```

3) Total gross receipts of $ 13,914.71 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $13,914.71 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $711,362.38 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,317.21 | 2,317.21 | 2,317.21 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 160,373.45 | 30,256.87 | 30,256.87 | 11,597.50 |
| **TOTAL DISBURSEMENTS** | $871,735.83 | $32,574.08 | $32,574.08 | $13,914.71 |

4) This case was originally filed under Chapter 7 on April 07, 2013. The case was pending for 24 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2015         By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Etrade Financial account (No. xxxx4064). 2000 sh | 1129-000 | 13,914.71 |
| **TOTAL GROSS RECEIPTS** | | **$13,914.71** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Green Tree Servicing L | 4110-000 | 114,821.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank | 4110-000 | 20,378.00 | N/A | N/A | 0.00 |
| NOTFILED | RBS Citizens One Citizens Plaza | 4110-000 | 22,418.38 | N/A | N/A | 0.00 |
| NOTFILED | Ford Cred | 4110-000 | 33,753.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 156,779.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 114,419.00 | N/A | N/A | 0.00 |
| NOTFILED | Us Bank Home Mortgage | 4110-000 | 123,187.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 4110-000 | 125,607.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$711,362.38** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 2,141.47 | 2,141.47 | 2,141.47 |
| Rabobank, N.A. | 2600-000 | N/A | 15.01 | 15.01 | 15.01 |
| Rabobank, N.A. | 2600-000 | N/A | 18.90 | 18.90 | 18.90 |
| Rabobank, N.A. | 2600-000 | N/A | 20.83 | 20.83 | 20.83 |
| Rabobank, N.A. | 2600-000 | N/A | 19.50 | 19.50 | 19.50 |
| Rabobank, N.A. | 2600-000 | N/A | 18.88 | 18.88 | 18.88 |
| Rabobank, N.A. | 2600-000 | N/A | 21.86 | 21.86 | 21.86 |
| Rabobank, N.A. | 2600-000 | N/A | 19.18 | 19.18 | 19.18 |
| Rabobank, N.A. | 2600-000 | N/A | 21.14 | 21.14 | 21.14 |
| Rabobank, N.A. | 2600-000 | N/A | 20.44 | 20.44 | 20.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,317.21 | $2,317.21 | $2,317.21 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Department of Revenue | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 60.00 | 60.00 | 23.00 |
| 2 | Portfolio Recovery Associates, LLC | 7100-000 | 823.00 | 797.76 | 797.76 | 305.78 |
| 3 | Bank of America | 7100-000 | 29,370.00 | 29,399.11 | 29,399.11 | 11,268.72 |
| NOTFILED | Glenview State Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/Paypal Extras Mc | 7100-000 | 3,990.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot Credit Services Processig Center | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hession & Associates, Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/Jcp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Glyns | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gecrb/Amazon | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Rs | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fifth Third Bank | 7100-000 | 4,636.76 | N/A | N/A | 0.00 |
| NOTFILED | Paypal Extras | 7100-000 | 3,990.08 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capone | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sears/Cbna | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Rnb-Fields3 | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Time Savers, Inc. | 7100-000 | 2,276.33 | N/A | N/A | 0.00 |
| NOTFILED | Thd/Cbna | 7100-000 | 11,804.00 | N/A | N/A | 0.00 |
| NOTFILED | Prince, Donna aka Donna Christensen c/o William P. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wfhm | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Prince, Donna aka Donna Christensen | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mortgage Service Cente | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Menards | 7100-000 | 438.02 | N/A | N/A | 0.00 |
| NOTFILED | Nicor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Nelson, Bruce & Virginia | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lamont, Hanley & Associates, Inc. | 7100-000 | 4,582.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Fifth Third Bank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ComED (Commonwealth Edison Co) Bankruptcy Department | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bankunited | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bmo Harris Bk Barringt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bk Of Amer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Cap One | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bac/Fleet-Bkcard | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 13,670.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | AFM Properties, LLC A.F. Moore & Associates, Inc. | 7100-000 | 5,388.50 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 8,039.00 | N/A | N/A | 0.00 |
| NOTFILED | Amex | 7100-000 | 7,044.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 6,792.00 | N/A | N/A | 0.00 |
| NOTFILED | ComEd | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Roamans | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Fashbug | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Columbia Glass Inc. | 7100-000 | 7,322.15 | N/A | N/A | 0.00 |
| NOTFILED | Credit Mgmt | 7100-000 | 57.00 | N/A | N/A | 0.00 |
| NOTFILED | Christensen, Tad | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 11,092.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Donna Christensen | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Christensen, Donna c/o William Danna | 7100-000 | 39,058.61 | N/A | N/A | 0.00 |
| NOTFILED | Excel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Christensen, Tad c/o Edward W. Williams, Ltd. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $160,373.45 | $30,256.87 | $30,256.87 | $11,597.50 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14398  
**Case Name:** MOSS, BEVERLY A.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 04/07/13 (f)  
**§341(a) Meeting Date:** 05/31/13

**Period Ending:** 03/20/15  
**Claims Bar Date:** 01/16/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 10558 S. Drake, Chicago, (zillow.com v<br>Imported from original petition Doc# 15 | 180,443.00 | 8,664.00 | OA | 0.00 | FA |
| 2 | 15919 S. Iroquois, Lockport, IL 60441, valuation<br>Imported from original petition Doc# 15 | 163,736.00 | 48,915.00 | OA | 0.00 | FA |
| 3 | 10511 S. Albany, valuation)<br>Imported from original petition Doc# 15 | 189,778.00 | 75,359.00 | OA | 0.00 | FA |
| 4 | 928 E 8th Street, Lockport, IL 60441 (zi, valuat<br>Imported from original petition Doc# 15 | 143,008.00 | 19,821.00 | OA | 0.00 | FA |
| 5 | 143 E. Joliet Hwy, New Lenox, valuation)<br>Imported from original petition Doc# 15 | 167,335.00 | 41,728.00 | OA | 0.00 | FA |
| 6 | Vacant Lot in Louisa, Kentucky, person(s)<br>Imported from original petition Doc# 15 | 1,000.00 | 1,000.00 | OA | 0.00 | FA |
| 7 | cash<br>Imported from original petition Doc# 15 | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Bank account(s) with Chase (account No. xxx44643<br>Imported from original petition Doc# 15 | 75.00 | 0.00 | | 0.00 | FA |
| 9 | miscellaneous household goods and furnishings--e<br>Imported from original petition Doc# 15 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 10 | miscellaneous books, pictures, and family photos<br>Imported from original petition Doc# 15 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | wearing apparel<br>Imported from original petition Doc# 15 | 500.00 | 0.00 | | 0.00 | FA |
| 12 | miscellaneous items, including wedding rings and<br>Imported from original petition Doc# 15 | 1,200.00 | 400.00 | | 0.00 | FA |
| 13 | Debtor has no insurance policy with a cash value<br>Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | pension/IRA/401k, if any<br>Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | 100% owner of AAA All County Board Up & Glass Se<br>Imported from original petition Doc# 15 | 20,000.00 | 20,000.00 | OA | 0.00 | FA |
| 16 | 100% owner of Paramount Glass & Door Co.<br>Imported from original petition Doc# 15 | 20,000.00 | 20,000.00 | OA | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14398  
**Case Name:** MOSS, BEVERLY A.

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 04/07/13 (f)  
**§341(a) Meeting Date:** 05/31/13  

**Period Ending:** 03/20/15  
**Claims Bar Date:** 01/16/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17 | Etrade Financial account (No. xxxx4064). 2000 sh   Imported from original petition Doc# 15 | 11,700.00 | 8,675.00 | | 13,914.71 | FA |
| 18 | Doing business or did business under the assumed   Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 19 | debtor may have or in the past had an interest i   Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 20 | DuPage Board Up and Glass, Inc.; dupage Board Up   Imported from original petition Doc# 15 | Unknown | 0.00 | | 0.00 | FA |
| 21 | Loan to AAA All County Board Up   Imported from original petition Doc# 15 | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 22 | 2011 Ford F150 (nada.com valuation). Debtor does   Imported from original petition Doc# 15 | 14,950.00 | 0.00 | OA | 0.00 | FA |
| 23 | 2011 Ford F150 (nada.com valuation). Debtor does   Imported from original petition Doc# 15 | 16,375.00 | 0.00 | OA | 0.00 | FA |
| 24 | 2011 Ford E350 (nada.com valuation). Debtor does   Imported from original petition Doc# 15 | 12,525.00 | 12,525.00 | OA | 0.00 | FA |
| 25 | 2011 Ford E350 (nada.com valuation). Debtor does   Imported from original petition Doc# 15 | 12,525.00 | 0.00 | OA | 0.00 | FA |
| 26 | 4 computers, 2 printers, 1 fax, additional offic   Imported from original petition Doc# 15 | 500.00 | 0.00 | | 0.00 | FA |
| 27 | inventory is ordered from time to time as needed   Imported from original petition Doc# 15 | 200.00 | 200.00 | | 0.00 | FA |
| 28 | family dogs   Imported from original petition Doc# 15 | 0.00 | 0.00 | | 0.00 | FA |
| 29 | miscellaneous assets.   Imported from original petition Doc# 15 | 300.00 | 300.00 | | 0.00 | FA |
| 29 Assets | **Totals** (Excluding unknown values) | **$973,450.00** | **$274,587.00** | | **$13,914.71** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Abandon assets.  
    Review claims.  
    Tax return determination.

Printed: 03/20/2015 01:42 PM    V.13.22

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14398  **Trustee:** (330129) Ira Bodenstein
**Case Name:** MOSS, BEVERLY A.  **Filed (f) or Converted (c):** 04/07/13 (f)
  **§341(a) Meeting Date:** 05/31/13
**Period Ending:** 03/20/15  **Claims Bar Date:** 01/16/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Prepare and File TFR | | | | | |

**Initial Projected Date Of Final Report (TFR):** December 31, 2014  **Current Projected Date Of Final Report (TFR):** December 23, 2014 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 13-14398  
**Case Name:** MOSS, BEVERLY A.  
**Taxpayer ID #:** **-***2832  
**Period Ending:** 03/20/15  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******7166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/14 | {17} | E Trade Clearing LLC /Sterling & Beverly Moss | Liquidation of Bank of America shares in E Trade account 1/2 value minus exemption | 1129-000 | 13,614.72 | | 13,614.72 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.01 | 13,599.71 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.90 | 13,580.81 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.83 | 13,559.98 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.50 | 13,540.48 |
| 06/23/14 | {17} | Sterling Moss | Balance of estates share from sale of Bank of America stock in E Trade account | 1129-000 | 299.99 | | 13,840.47 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.88 | 13,821.59 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.86 | 13,799.73 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.18 | 13,780.55 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.14 | 13,759.41 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.44 | 13,738.97 |
| 01/28/15 | 101 | Ira Bodenstein | Final Distribution TFR approved 1/21/15 | 2100-000 | | 2,141.47 | 11,597.50 |
| 01/28/15 | 102 | American InfoSource LP as agent for | Final distribution TFR approved 1/21/15 | 7100-000 | | 23.00 | 11,574.50 |
| 01/28/15 | 103 | Portfolio Recovery Associates, LLC | Ref # 4270 | 7100-000 | | 305.78 | 11,268.72 |
| 01/28/15 | 104 | Bank of America | Ref # XXXXXXXXXX9079 | 7100-000 | | 11,268.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,914.71 | 13,914.71 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 13,914.71 | 13,914.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$13,914.71** | **$13,914.71** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******7166** | 13,914.71 | 13,914.71 | 0.00 |
| | **$13,914.71** | **$13,914.71** | **$0.00** |

{} Asset reference(s)

Printed: 03/20/2015 01:42 PM   V.13.22